## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)  DIVISION
☐ Western(Memphis) DIVISION

)
)
Plaintiff, Alana Smith )
)
vs.                                )              No. 24-2275
)
)
)
)
Defendant. Smith & Nephew )

## COMPLAINT

1.  This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

4650 Mill Landing Cove
STREET ADDRESS

Shelby , TN , 38116 , 901-579-0054
County       State       Zip Code       Telephone Number

4. Defendant(s) resides at, or its business is located at:

1450 E Brooks Rd
STREET ADDRESS

Shelby , ~~TN~~ Memphis TN , 38116 .
County       City       State       Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

_____

_____

_____

_____

_____

_____

5. The address at which I sought employment or was employed by the defendant(s) is:

1450 E Brooks Rd, Shelby, Memphis, TN, 38116

STREET ADDRESS

Shelby , Memphis , TN , 38116 .
County          City          State          Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☐ Termination of my employment

☐ Failure to promote

☑ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☐ Retaliation

☑ Other acts *(specify)*: gender, sex .

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
   March 23, 2022 .
   Date(s)

8. I believe that the defendant(s) *(check one)*:

☐ is still committing these acts against me.

☑ is not still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
   *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

☐ Race_____

☐ Color_____

☑ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.  The facts of my case are as follows:

On March 23, 2022 I, Alana Smith, was sexually harassed at Smith & Nephew INC. by employee James Acker, who's a habitual offender in the work place. Please see my last statement titled as "Notice of my Right to Sue" where the facts are more detailed.

_____

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.    It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: Oct. 26, 2022 .

                                                                                                                        Date

**Only litigants alleging age discrimination must answer Question #13.**

13.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐    60 days or more have elapsed

☐    Less than 60 days have elapsed.

14.    The Equal Employment Opportunity Commission *(check one)*:

☐    has **not** issued a Right to Sue Letter.

☑    has issued a Right to Sue letter, which I **received** on March 6, 2024

                                                                                                                        Date

***NOTE:***    *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.    Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.    I would like to have my case tried by a jury:

☐    Yes

☑    No

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _$100 million_

Basis for compensatory damages are listed in my "Rebuttal Statement" attached

*Alana Smith*

SIGNATURE OF PLAINTIFF

Date: April 29, 2024

4650 Mill Landing Cove
Address

Memphis, TN 38116
901-579-0054
Phone Number

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Memphis District Office**
200 Jefferson Ave, Suite 1400
Memphis, TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/28/2024

**To:** Ms. Alana Smith
7549 Bevy Ridge Cove
MEMPHIS, TN 38125
Charge No: 490-2022-01913

EEOC Representative and email:    JOSEPH SPARKMON
Federal Investigator
joseph.sparkmon@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 490-2022-01913.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
02/28/2024

Edmond Sims
Acting District Director

**Cc:** Amy Whittemore

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 490-2022-01913 to the Acting

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director Edmond Sims at 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 490-2022-01913 to the Acting District Director Edmond Sims at 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

NOTICE OF MY RIGHT TO SUE

On March 23, 2022 I, Alana T Smith, was sexually harassed at Smith & Nephew INC. by employee James Acker, who's a habitual offender in the work place. He made a inappropriate comment about my appearance and shortly afterwards touched me. After notifying my former supervisor Steve Gibson, I was instructed by him to make a statement. That following week Steve Gibson, a building manager, and a HR representative sat down with me and told me they were not relieving James Acker of his position because of production needs. I was forced to continue to work in the same area as my harasser. I wasn't moved to a different building until April 12,2022. On October 14, 2022 another employee Aaron H that works in A building gave me a plastic part that resembled an anal plug and wrote on it "fluffy plug". And he asked if I could give it to another employee. I didn't report it to my supervisor because I figured it would get "swept under the rug" just like the prior incident I experienced. But I did inform my EEOC representative Mr Joseph Sparkmon on my last phone call with him and included the evidence but Mr. Sparkmon informed me I was supposed to file a different EEOC charge and it's out of statue of limitations. From my personal experience Smith & Nephew has great products but as far as respect for their female counterparts, it's not there. In my opinion Smith & Nephew needs more women in leadership.

Rebuttal Statement

I, Alana Smith, was only able to file my charge with the EEOC on October 26, 2022 simply because, when I scheduled my interview with the EEOC it was back on June 23, 2022. The earliest appointment they had for me to conduct an interview with them was October 21, 2022. Yes, on July 11, 2022 I was moved to Monday- Friday 7am-3:30pm schedule. But on July 21, 2022 I asked my supervisor Seth Knight if it was possible for me to be on salary and work Monday- Thursday 8am- 3:30pm due to the fact I did not have the support of anyone to take my children to school because school opened 7am. I was using 1 hour of my PTO every workday because I had no choice to, in order to take my children to school. I understand I wasn't able to be at work at 7am. But consistently showed up to work at 8am and still produced more quality parts than my former coworkers that worked a staggered 12 hour shift. The number of parts I would produce on a daily would range between 140 to 250 parts depending on the work that is available. Smith & nephew has a full record on sign offs of the parts I've done. Prior to me exhausting all my PTO I consistently asked My supervisor if HR ever responded to the request of working 8am- 3:30pm. And every time Seth Knight told me that he didn't receive a response from HR.

I went over and beyond in my role during my short time at Smith & Nephew. While working in hip plastics department, I organized 1st articles that did not have a program so that Engineering could get to them quicker to create a program for it. Because of me doing that engineering  department was able to program all of the 1st articles so that Smith & Nephew could get quality products to their customers sooner. In the hips department, I caught the mills up so much so that Smith & nephew added new racks and a cage so that they could purchase more plastic bar stock that could be turned into parts. I was trained on wash & day and laser. If I didn't have any work for the mills I would moved to laser parts correctly or wash and dry the parts that was located in F Building. I exhausted my PTO because I solely used it to take my children to school, to take off because my children were sick, or because of early school closures. I'm a single mother so if my children needed me then I had no choice to miss work. On November 1 was terminated because I had to stay home with my daughter because she was having an asthma attack. I let my supervisor Seth know I would not be able to show up for work because my daughter needed me. Her physician finally diagnosed her with asthma November 16, 2022.
Honestly I don't have the emotional capacity to consistently go back and forth with Smith & nephew since I have to help my father due to his recent diagnosis of prostate cancer. Can we settle on an agreement of $100 million?

Case 2:24-cv-02275-SHL-atc   Document 1-2   Filed 04/29/24   Page 12 of 19   PageID 12

8467065f96dd74a7-...jpeg





## Human Resources Policy and Procedure US

| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
| --- | --- | --- |
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 1 of 7 |

### Scope

***This policy supersedes any prior policy currently in place for Smith & Nephew employees in the U.S.***

This Policy and Procedure applies to all Smith & Nephew employees (regardless of position), customers, visitors and vendors in the U.S.  Where state or local law is stricter or conflicts with this policy, the state or local law will apply.

### Policy Statement

Smith & Nephew is committed to a work environment in which all individuals are treated with respect and dignity. Each individual has the right to work in a workplace that promotes equal employment opportunities and prohibits unlawful discriminatory practices, including harassment. Therefore, Smith & Nephew expects that all relationships among persons in the workplace will be business-like and free of bias, prejudice and harassment.

### Equal Employment Opportunity

It is the policy of Smith & Nephew to ensure a workplace free of discrimination (see Equal Employment Opportunity Policy) and unlawful harassment based on race, sex, color, religion, age (40 and over), physical or mental disability, national origin, veteran status, uniformed service member status, sexual orientation, gender identity, genetic information, or any other status protected by federal, state, or local laws.

### Individuals and Conduct Covered

Harassment by an employee towards any other employee, customer, visitor, or vendor is a violation of this policy and will not be tolerated. Nor will the Company tolerate harassment of employees by non-employees (e.g. customers, visitors, vendors) during the normal course of performing their duties. Also included within this Policy prohibition is conduct that may not rise to the level of harassment but, nonetheless, is inappropriate in the workplace.

>'< We are **smith&nephew**

| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
|---|---|---|
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 2 of 7 |

The workplace includes: actual worksites, any setting in which work-related business is being conducted (whether during or after normal business hours), company-sponsored events, or company owned/company controlled property.

**Definition of Harassment**

Harassment consists of unwelcome conduct, whether verbal, physical, or visual, which is based upon a person's protected status and affects tangible job benefits, unreasonably interferes with work performance, or creates an intimidating, hostile or offensive working environment. Examples of prohibited harassment include, but are not limited to: verbal conduct including taunts, jokes, threats, epithets, derogatory comments or slurs based on an individual's protected status; visual and/or written conduct including derogatory posters, photographs, cartoons, drawings, websites, e-mails, text messages, or gestures based on an individual's protected status; and physical conduct including assault, unwanted touching or blocking normal movement because of an individual's protected status.

**Definition of Sexual Harassment**

Sexual harassment consists of unwelcome sexual advances, requests for sexual favors (including repeated and unwelcome requests for dates), or other visual, verbal or physical conduct of a sexual or sex-based nature when (a) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (b) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting that individual; or (c) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Sexual harassment may include, but is not limited to, behavior such as unwelcome physical touching; blocking movement deliberately; brushing against another's body; sexually provocative language, innuendos, or gestures; sexually oriented jokes; and comments about a person's sexual experiences, prowess or activities. Unwelcome leering, staring, whistling (or making other suggestive or insulting sounds); making obscene or sexual gestures; graphic verbal commentary

For internal use only by Smith & Nephew, Inc.



| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
| --- | --- | --- |
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 3 of 7 |

about an individual's body or their dress; using sexually derogatory words to describe an individual, their body or their dress; displaying sexually suggestive objects, pictures, cartoons, calendars, posters, websites, or sending obscene or sexually suggestive letters, notes, invitations, e-mails or text messages, tweets or other social media posts may also constitute sexual harassment.  Sexual harassment may include nonsexual conduct that is discriminatory on the basis of the person's gender. Sexual harassment may occur between persons of the same gender.

No officer, manager, or supervisor has the authority to condition the terms and conditions of employment (pay raises, promotion, demotions, desirable assignments, transfers, disciplinary action or termination, etc.) on the receipt of sexual favors.  If any person has in any way suggested that sexual favors should be provided in exchange for a job benefit or to avoid unfavorable employment action, it must be reported immediately, as outlined below.  It is important not to wait to determine whether a favorable or unfavorable act actually occurs before reporting the conduct.

**Retaliation Is Prohibited**

Retaliation is prohibited against any person for using this complaint procedure, reporting harassment, participating in the investigation of a complaint, or filing, testifying, assisting, or participating in any manner in any investigation, proceeding or hearing conducted by a governmental enforcement agency.  Prohibited retaliation includes adverse employment actions, such as demotions, transfers or discipline when such action is based upon an employee's filing of a complaint or participating in the investigation of a complaint. It also includes, but is not limited to:  ostracism, teasing or subjecting an employee to more stringent performance standards than other employees; failure to give equal consideration in making employment decisions; failure to make employment recommendations impartially; adversely affecting working conditions or otherwise denying any employment benefit because the employee filed a complaint or participated in the investigation.

Any employee who experiences or witnesses behavior or conduct that he/she believes constitutes retaliation must report such conduct promptly according to the procedures outlined

 We are **smith&nephew**

| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
|---|---|---|
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 4 of 7 |

below. Again, do not wait to determine if a favorable or unfavorable act actually occurs before reporting the conduct.

## Managers' Responsibility

All supervisors and managers are responsible for: following this Policy which includes, but is not limited to, taking steps to prevent harassment and retaliation; ensuring that all employees under their supervision have knowledge of and understand this Policy; promptly reporting any complaints or potentially inappropriate conduct they have observed to the designated Human Resources representative so it may be investigated and resolved in a timely manner; taking and/or assisting in prompt and appropriate corrective action when necessary to ensure compliance with this Policy; and conducting themselves, at all times, in a manner consistent with this Policy.

## Reporting an Incident of Harassment or Retaliation

Any employee who believes that he/she has been subject to harassment or retaliation, or who has reason to believe that someone else has been the subject of harassment or retaliation, must promptly notify the appropriate Human Resources Representative or the Compliance Hotline (1-888-SNHELPS (764-3577)) or go to: www.smith-nephew.ethicspoint.com). Complaints may be made verbally, or in writing, and may be made anonymously.

## Investigation and Confidentiality

After a complaint is received, a thorough and impartial investigation will be undertaken. No one should be presumed to be in violation of this Policy because an investigation is being conducted.

The Company expects the complaining individual, and anyone interviewed during the course of the investigation, to be truthful and cooperative. The complaining individual will be asked to provide all necessary information including, but not limited to, a detailed account of the alleged incident(s), relevant dates, the identity of witnesses (if any), and all supporting documents or other evidence.

For internal use only by Smith & Nephew, Inc.

✳ We are **smith&nephew**

| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
| --- | --- | --- |
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 5 of 7 |

Confidentiality will be maintained by the Human Resources Representative and the supervisory staff to the extent practical and permitted by law. Investigations will be conducted as confidentially as possible and related information will only be shared with others on a need-to-know basis.

The investigation will be completed and a determination made as soon as practical. If the complaint of prohibited harassment or retaliation is substantiated, appropriate disciplinary action will be taken, up to and including termination. If a complaint cannot be substantiated, the Company may take appropriate action to reinforce its commitment to providing a work environment free from harassment and retaliation. The Company will not tolerate any retaliation or reprisal in any way against any employee who has reported an incident of harassment or retaliation and/or cooperated in the investigation of such complaint.

**Good Faith**

The initiation of a good faith complaint of harassment or retaliation will not be grounds for disciplinary action, even if the allegations cannot be substantiated. Any individual who makes a complaint that is demonstrated to be intentionally false may be subject to disciplinary action, up to and including termination.

Nothing in this policy precludes the employee's right to recourse as provided by law.

**Other Resources**

In addition to filing a complaint with the Company, employees who believe they have been subject to harassment or retaliation may file a complaint with the following government agencies, at no charge. Contact for these agencies is listed below and may also be found in your local telephone directory or on line.

Appendix A: Massachusetts
Appendix B: Maine
Appendix C: Rhode Island
Appendix D: Vermont

For internal use only by Smith & Nephew, Inc.

✕ We are **smith&nephew**

| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
| --- | --- | --- |
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 6 of 7 |

## Appendix A

Equal Employment Opportunity Commission (EEOC)
John F. Kennedy Federal Building
475 Government Center
Boston, MA 02203
Telephone: (800) 669-4000

Massachusetts Commission against Discrimination (MCAD)
One Ashburton Place – Room 601
Boston, MA 02108
Telephone: (617) 994-6000

MCAD
436 Dwight Street, Room 220
Springfield, MA 01103
Telephone: (413) 739-2145

## Appendix B

Maine Human Rights Commission
851 State House Station
Augusta, ME 04333-0051
Telephone: (207) 624-6050

US Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004
Telephone: (800) 669-4000

For internal use only by Smith & Nephew, Inc.

>'< We are **smith&nephew**

| Title: Harassment Free Workplace Policy | HRPP Number: | HR 1.14 |
|---|---|---|
| | Revision: | 2 |
| | Effective Date: | 1 February 2018 |
| | Page(s): | 7 of 7 |

### Appendix C:

Rhode Island Commission for Human Rights
180 Westminster Street 3rd Floor
Providence, RI 02903
Telephone: (401) 222-2661

US Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004
Telephone: (800) 669-4000

### Appendix D

Vermont Attorney General's Office Civil Rights Unit
109 State Street
Montpelier, VT 05609
Telephone: (888) 745-9195

US Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004
Telephone: (800) 669-4000

### Revision History

| Version | Major Changes | Reason for Change |
|---|---|---|
| 2 | Legal updates to the policy | |

For internal use only by Smith & Nephew, Inc.